Date signed April 22, 2008



```
_____
        PAUL MANNES
    U. S. BANKRUPTCY JUDGE
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: | Case No. 07-22878PM |
|---|---|
| | Chapter 7 |
| Sussex Title, LLC, | |
| Debtor. | |

### MEMORANDUM OF DECISION

The hearing on the Chapter 7 Trustee's Notice of Intention to Sell Property of the Estate and to Assume and Assign Certain Unexpired Leases came before the court for hearing on April 21, 2008.  The one objection to the sale for the sum of $8,500.00 filed by the Maryland landlord was said to have been withdrawn.  The Delaware landlord made no comment.  All personal property of the estate is to be conveyed except for the computer server, all bank accounts, any causes of action and all financial information.

By this sale transaction, Stephen Norman, a principal of the Debtor, will obtain control of two offices of the title company and the personalty used to operate them, free of the claims of its creditors.  While the Disclosure of Compensation filed by the Debtor's counsel shows only a fee of $5,000.00 for filing this case, it also discloses the payment of $25,000.00 "for various legal matters and a possible bankruptcy filing."  Most likely through the efforts of counsel, all direct obligations of the Debtor's principals were cleared away aside from the guarantee of the Maryland lease.

In the course of the hearing, the Trustee explained his reasoning for the sale and, with the absence of objection, the court will approve same in the hope that Mr. Norman will conduct his business, if indeed he is the sole principal of New Co., without the associations that seem to have brought the Debtor into this court.

cc:    Debtor
       Debtor's Counsel
       Chapter 7 Trustee
       All Creditors
       All Parties Requesting Notice

**End of Memorandum of Decision**